**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 627 MAL 2017
                                  :
           Respondent           :
                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court
               v.                   :
                                  :
                                  :
DAVID H. DEANGELO,              :
                                  :
           Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.